United States District Court
Southern District of Texas
**ENTERED**
March 21, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:06-CV-04024 |
| | § | |
| KELLOGG BROWN & ROOT INC, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

The relater/plaintiff's, Bud Conyers, renewed motion for an award of attorney's fees against the defendant, KBR, is Denied. The Court's decision rest in *U.S. ex rel. Conyers v. Conyers,* 108 F. 4th 351 (5th Cir. 2024), *cert. denied sub nom, Conyers v. United States,* No. 24-705), 2025 WL581652(U. S. Feb. 24, 2025) holding that the Relator is not entitled to a share of the settlement proceeds, which the Court interprets to include attorney's fees.

It is so Ordered.

SIGNED on March 21, 2025, at Houston, Texas.

Kenneth M. Hoyt
United States District Judge